```
          IN THE UNITED STATES DISTRICT COURT FOR
         THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                             *
WILA B.V.
                             *
     Plaintiff,
                             *
v.                                    CIVIL NO.: WDQ-06-2861
                             *
WILSON TOOL INTERNATIONAL,
INC.,                        *

     Defendant.              *

*    *    *    *    *    *    *    *    *    *    *    *    *
```

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 2nd day of April, 2007, ORDERED that:

1.  This case BE, and HEREBY IS, TRANSFERRED to the DISTRICT OF MINNESOTA; and

2.  The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

```
                                     _____/s/_____
                                     William D. Quarles, Jr.
                                     United States District Judge
```

1